IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSE FERNANDO AVENDANO-HERRERA (BOP Register No. 56386-177), | § § § § | |
| Petitioner, | § § | |
| V. | § § | No. 3:18-cv-2748-K |
| UNITED STATES OF AMERICA, | § § § | |
| Respondent. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore TRANSFERS this action to the Western District of Oklahoma under 28 U.S.C. §§ 1406(a) and 1631.

SO ORDERED.

Signed November 27th, 2018.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE